

January 27, 2021

<u>VIA ECF</u>
Magistrate Judge Robert Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY

1:20 CV 1988 DG-RML
Godines v. Sri Thai Corp.

Your Honor,

       I am counsel for Plaintiffs in the above referenced action. I am writing jointly with defendants to inform the Court that the parties have reached a settlement in principle with the assistant of Mediator Giulio Zanolla. We respectfully request (30) days to submit settlement documents for the court's approval pursuant to *Cheeks v. Freeport Pancake House.*

                                         Respectfully,

                                        <u> /s/Lina stillman</u>

42 Broadway, 12th Floor, New York, NY 10004
P: 800-933-5620    www.FightForUrRights.com